COURTESY COPY

1 | **LAQUER, URBAN, CLIFFORD & HODGE LLP**
2 | Susan Graham Lovelace, State Bar No. 160913
  | Jacqueline L. Norlin, State Bar No. 245840
3 | 225 South Lake Avenue, Suite 200
  | Pasadena, California 91101-3030
4 | Telephone: (626) 449-1882
  | Facsimile: (626) 449-1958
5 | E-mail: lovelace@luch.com; norlin@luch.com

Counsel for Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, et al.

FILED
CLERK U.S. DISTRICT COURT
MAR - 9 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COMMITTEE, LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, and CONTRACT COMPLIANCE FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> ANDRES MARTINEZ, an individual, doing business as "Amason Industrial Electric," <br><br> Defendant. | CASE NO.: CV 08-3911 SVW (JCx) <br><br> ASSIGNED TO THE HONORABLE JUDGE STEPHEN V. WILSON <br><br> **JUDGMENT** <br><br> [Fed.R.Civ.Pro. 55(b)(2)] <br><br> Hearing Date <br> DATE: March 2, 2009 <br> TIME: 1:30 p.m. <br> COURTROOM: 6 |

///

1

184476.1

Judgment

1  Plaintiffs' motion for default judgment came on regularly for hearing on March 2,
2  2009, in the above-referenced Court, the Honorable Stephen V. Wilson, United States
3  District Judge, presiding. Jacqueline L. Norlin of Laquer, Urban, Clifford & Hodge
4  LLP appeared as attorney for all plaintiffs. All appearances were stated on the record.
5  After full consideration of the evidence and authorities submitted by counsel, and
6  for good cause shown:
7  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiffs, the
8  Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the
9  Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles
10 County Electrical Educational and Training Trust Fund, Trustees of the National
11 Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-
12 Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-
13 Management Committee, Los Angeles Electrical Workers Credit Union, and Contract
14 Compliance Fund shall recover from defendant Andres Martinez, a an individual doing
15 business as "Amason Industrial Electric," the principal amount of $12,479.57, attorney's
16 fees of $9,425.00 and costs of $540.28, plus post-judgment interest as provided by law
17 from the date of entry of the judgment herein.

Dated: 3/6/09

UNITED STATES DISTRICT JUDGE
Judge Stephen V. Wilson

2

Judgment

184476.1